1  JACQUELYNE M. NGUYEN, Bar no. 249658
   LAW OFFICES OF JACQUELYNE M. NGUYEN
2  2900 Bristol Street, Suite "A-208"
   COSTA MESA, CA 92626
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5  Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cv-1786 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JONATHAN J. WESLEY, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jonathan J. Wesley, in the principal amount of $5,279.86 plus interest accrued to March 10, 2014, in the sum of $14,302.67; with interest accruing thereafter at 9% annually until entry of judgment, for a total amount of  $**19,582.53**.

DATED: 4/23/14                    By: TERRY NAFISI
                                      Clerk of the Court

                                      _[signature]_
                                      Deputy Clerk
                                      United States District Court